IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ULYSSES BENJAMEN GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-089 |
| ) | |
| WELLPATH; DR. AYEDUN; UNIT ) | |
| MANAGER MS. SAILEM; WARDEN ) | |
| BRIAN CHAMBERS; UNIT MANAGER ) | |
| MS. BRAGGS; COACH THOMAS; ) | |
| COACH BROOKENS; PHYSICAL ) | |
| THERAPY STAFF, JOHNSON STATE ) | |
| PRISON; DR. MACK; THERAPIST ) | |
| MR. JOHNSON; and UNIT MANAGER ) | |
| MOSS, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 18th day of January, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE